# IN THE SUPREME COURT OF PENNSYLVANIA
## EASTERN DISTRICT

| | | |
|---|---|---|
| CONSTANTINE POLITES, | : | No. 63 EM 2020 |
| Petitioner | : | |
| v. | : | |
| CITY OF PHILADELPHIA LAW DEPARTMENT, | : | |
| Respondent | : | |

## ORDER

**PER CURIAM**

    **AND NOW**, this 6th day of October, 2020, the "Petition for Extraordinary Jurisdiction under 42 Pa.C.S. §726" is DENIED.